IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JOHANNA PEREZ SOTO,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a
TARGET STORE #T2376,

    Defendant.
_____

CASE NO.

DIVISION:

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JOHANNA PEREZ SOTO, by and through the undersigned counsel, hereby sues Defendant, TARGET CORPORATION, d/b/a TARGET STORE T2376 and alleges the following:

### JURISDICTIONAL BASIS AND PARTIES

1. This is an action for damages which exceeds Fifty Thousand Dollars ($50,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, Plaintiff was and is a resident of Orange County, Florida.

3. At all times material hereto, Defendant was and is a Foreign Profit Corporation organized under the laws of the State of Minnesota, actively doing business in Orlando, Orange County, Florida.

4. Venue is proper to Orange County in that Defendant does business in Orange County, Florida, and/or all of the acts complained of herein occurred in Orange County, Florida.

### GENERAL FACTIAL ALLEGATIONS

Plaintiff re-alleges and paragraphs one (1) through four (4) as if fully set forth herein, and further states as follows:

5. That on or about May 23, 2024, Plaintiff, was a business invitee of the Defendant's premises known as TARGET STORE #T2376 located at 120 W. Grant St., Orlando, FL 32806.

6. At all times material hereto, and specifically on May 23, 2024, Defendant owned, managed, controlled, operated, and/or maintained the premises known as TARGET STORE #T2376 located at 120 W. Grant St., Orlando, FL 32806.

7. That on or about May 23, 2024, Plaintiff was a legal consumer using the restroom on Defendant's premises, when she slipped and fell on an alleged water and food substance that was spilled on the floor in the customer restroom.

8. As a result of this incident, Plaintiff sustained serious injuries.

**COUNT I – CLAIM FOR NEGLIGENCE AGAINST TARGET CORPORATION**

Plaintiff re-alleges and restates the allegations in paragraphs one (1) through eight (8) as if fully set forth herein, and further states as follows:

9. That on or about May 23, 2024, the Plaintiff was lawfully in Defendant, TARGET CORPORATION's premises as a business invitee, when she slipped and fell on a water and food substance in the customer restroom.

10. That the Defendant owes its business invitees a duty to provide a reasonably safe environment.

11. That the Defendant, its agents, servants and/or employees, breached the duty owed to Plaintiff through the following negligent acts and omissions:

   a. Failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring;

   b. Failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident;

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident;

d. Failing to remove said liquid or other similar substance from the floor of the premises;

e. Failing to correct the hazardous condition of the premises that should have been identified and corrected by an employee of Defendant in a timely manner;

f. Failing to maintain safe and proper care, maintenance, and upkeep of the premises, by specifically allowing a liquid and/or a similar substance to be left on the floor where consumers and invitees were reasonable expected to occupy;

g. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

h. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of Defendant's negligence, Plaintiff slipped on a liquid substance and/or a similar food substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a preexisting condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and Plaintiff will suffer the losses into the future.

**WHEREFORE**, Plaintiff, JOHANNA PEREZ SOTO, hereby demands judgment, against Defendant, TARGET CORPORATION, for damages, costs of this action, interest and any such further relief deemed proper and just by this Honorable Court. Plaintiff, JOHANNA PEREZ SOTO, respectfully requests a trial by jury.

Respectfully submitted,

Dated: <u>November 6, 2025</u>

*/s/ Alleah Thornhill*
Dennis Hernandez, Esquire
Florida Bar Number: 915210
Alleah Thornhill, Esquire
Florida Bar Number: 1070779
Dennis Hernandez Injury Attorneys
3339 W. Kennedy Blvd.
Tampa, FL 33609
Telephone: (813) 250-0000
Email: litigation@dennishernandez.com
*Attorneys for the Plaintiff*